**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE, ET AL., Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

Before the Court is appellants' August 27, 2014 motion for reconsideration and further request for an extension of time to file a brief and appellants' September 3, 2014 notice of inability to complete their brief with notice of continued diligence.

Appellants' brief was originally due on June 7, 2014. On May 22, 2014, appellants filed a motion requesting an additional 30 days to file their brief. The Court granted appellants' motion and ordered the brief filed on or before July 7, 2014.

On July 3, 2014, appellants filed an Urgent Notice of Exceptional Circumstances and a second motion requesting additional time to file their brief. On July 9, 2014, the Court granted appellants' second motion and ordered the brief filed on or before August 8, 2014. The Court cautioned appellants that no further extension of time would be granted absent extraordinary circumstances.

On August 8, 2014, the day appellants' brief was due, appellants instead filed a third motion requesting an additional 30 days to file their brief. On August 13, 2014, the Court denied

appellants' third motion and ordered the brief filed on or before September 2, 2014. The Court cautioned appellants if they failed to file their brief by September 2, 2014, the appeal may be dismissed for want of prosecution.

On August 27, appellants asked the Court to reconsider its denial of their third extension request. Appellants also filed a fourth extension request, asking the Court to give them another 29 days to file their brief. On September 3, 2014, appellants filed a Notice of Inability to Complete Appellants' Brief.

We have given appellants three extensions totaling an additional eighty-seven days to file a brief.  Accordingly, we **DENY** appellants' motion for reconsideration and further request for an extension.

On the Court's own motion, we **ORDER** appellants to file their brief **on or before SEPTEMBER 15, 2014**.  We **CAUTION** appellants that, if they fail to file their brief **on or before SEPTEMBER 15, 2014**, we will dismiss their appeal without further notice.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b) & (c).

/s/     ADA BROWN
        JUSTICE